■ MCLEAN TRUCKING COMPANY v. VINCENT DOYLE, as President of Highway & Local Motor Freight Drivers, Dockmen and Helpers, Local No. 707,

affiliated with the International Brotherhood of Teamsters, Warehousemen & Helpers of America, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.